JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHAM, <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, an Illinois Corporation; SANG N. NGUYEN, an individual; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. SACV 11-01087 JST (MLGx) <br><br> The Hon. Josephine Staton Tucker <br> Courtroom 10-A <br><br> **ORDER FOR DISMISSAL** |

Based upon the stipulation of the parties, the case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: May 30, 2012

JOSEPHINE STATON TUCKER
_____
Josephine Staton Tucker
United States District Judge

101908186.1

1